# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

129848

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ARTHUR MASSENBURG,
    Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129848
COA: 261426
Wayne CC: 92-010908-01

_____/

On order of the Court, the application for leave to appeal the September 23, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

s0320

_____
Clerk